RALPH JOSEPHSON, Appellant, *v.* DRY DOCK SAVINGS INSTITUTION, Defendant, and HORTENSE Z. MENDEZ, Defendant-Respondent.

Argued April 5, 1944; decided May 18, 1944.

*Abraham Moscowitz, George M. Levy* and *Irving Goldberg* for appellant.

*Joseph E. Stearns* for respondent.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.